Case 1:20-cv-09040-KHP   Document 22   Filed 09/20/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
Marcos Antonio Rodriguez, Jr.,                            :
:
Plaintiff,               :    **ORDER IN SOCIAL SECURITY CASE**
:
-against-                :    20-CV-9040 (LTS) (KHP)
:
Commissioner of Social Security,                          :
:
Defendant.               :
:
-----------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

On August 9, 2021, the Commissioner of Social Security filed a motion for Judgment on the Pleadings (ECF Nos. 19, 20.) Plaintiff's time to file an opposition to the Commissioner's Motion for Judgment on the Pleadings was September 9, 2021. The Court will nevertheless extend Plaintiff's time to file an opposition brief by Tuesday, October 12, 2021. If no opposition is filed, the Court will issue a decision without the benefit of a submission from Plaintiff.

**The Clerk of Court is respectfully directed to send a copy of this Order to the *Pro Se* Plaintiff by either certified mail or by email if Plaintiff has consented to electronic service.**

**SO ORDERED.**

Dated:    September 20, 2021
         New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge