# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MARCOS ANTONIO RODRIGUEZ, JR.,

                       Plaintiff,                               20 **CIVIL** 9040 (KHP)

         -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 5, 2021, the Court finds that the ALJ failed to appropriately develop the record with regard to Plaintiff's mental impairments. Accordingly, the Commissioner's motion at ECF No. 20 is denied and this case is remanded to the ALJ for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
           November 5, 2021

                                                                     **RUBY J. KRAJICK**

                                                                 _____
                                                                  **Clerk of Court**

                                      **BY:**

                                                                   **Deputy Clerk**